IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH JOLLY, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:18-CV-01000-M |
| JPMORGAN CHASE & CO and CHASE BANK USA, N.A., | | |
| Defendants. | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 2, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Chase Bank USA, N.A.'s Motion for Summary Judgment (ECF No. 25) is **GRANTED** and that all of Plaintiff's claims against Defendant Chase Bank USA, N.A. are **DISMISSED with prejudice**.

**SO ORDERED,** this 28th day of August, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

-1-